**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AT&T CORPORATION,<br><br>     Plaintiff,<br><br>  v.<br><br>VOICE STREAM NETWORK, INC.,<br><br>     Defendant. | **Case No. 15-CV-8155 (LLS)** |

**NOTICE REGARDING WITHDRAWAL OF ATTORNEY**

  PLEASE TAKE NOTICE that I, Kathleen M. Przywara, should be withdrawn as counsel for Plaintiff AT&T Corporation, as I am leaving the law firm of Mayer Brown LLP, effective April 28, 2017. Plaintiff AT&T Corporation will continue to be represented in this matter by the following attorneys from Mayer Brown LLP: Andrew Calica, Christian Binnig, and Christopher Comstock.

Dated: April 28, 2017

                      Respectfully submitted,

                      /s/ Kathleen M. Przywara

                      Kathleen M. Przywara (*Pro Hac Vice*)
                      MAYER BROWN LLP
                      71 S. Wacker Dr.
                      Chicago, Illinois 60606
                      Tel: (312) 701-8026
                      Fax: (312) 706-8483
                      kprzywara@mayerbrown.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on April 28, 2017, a true and correct copy of the foregoing instrument was electronically served to all parties of record via ECF.

    Respectfully submitted,

    /s/ Kathleen M. Przywara

    Kathleen M. Przywara (*Pro Hac Vice*)
    MAYER BROWN LLP
    71 S. Wacker Dr.
    Chicago, Illinois 60606
    Tel: (312) 701-8026
    Fax: (312) 706-8483
    kprzywara@mayerbrown.com