ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AT&T CORPORATION,

        Plaintiff,

v.

VOICE STREAM NETWORK, INC.,

        Defendant.

Case No. 15-CV-8155 (LLS)

**MEMO ENDORSED**

### NOTICE REGARDING WITHDRAWAL OF ATTORNEY

PLEASE TAKE NOTICE that I, Kathleen M. Przywara, should be withdrawn as counsel for Plaintiff AT&T Corporation, as I am leaving the law firm of Mayer Brown LLP, effective April 28, 2017. Plaintiff AT&T Corporation will continue to be represented in this matter by the following attorneys from Mayer Brown LLP: Andrew Calica, Christian Binnig, and Christopher Comstock.

Dated: April 28, 2017

Respectfully submitted,

/s/ Kathleen M. Przywara

Kathleen M. Przywara (*Pro Hac Vice*)
MAYER BROWN LLP
71 S. Wacker Dr.
Chicago, Illinois 60606
Tel: (312) 701-8026
Fax: (312) 706-8483
kprzywara@mayerbrown.com

So Ordered:
Louis L. Stanton
5/1/17

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on April 28, 2017, a true and correct copy of the foregoing instrument was electronically served to all parties of record via ECF.

Respectfully submitted,

/s/ Kathleen M. Przywara

Kathleen M. Przywara (*Pro Hac Vice*)
MAYER BROWN LLP
71 S. Wacker Dr.
Chicago, Illinois 60606
Tel: (312) 701-8026
Fax: (312) 706-8483
kprzywara@mayerbrown.com